Clark *v.* Livingston County.

---

JOHN CLARK, Plaintiff in Error, *v.* LIVINGSTON COUNTY, Defendant in Error.

ERROR TO WOODFORD.

The Supreme Court of this State has not jurisdiction to enforce a decree against the United States.

THIS bill alleges substantially that the Congress of the United States passed an act to enable the State of Arkansas and other States to reclaim the swamp lands within their limits, approved Sept. 28, 1850.

The 3rd section limits the grant in effect to the legal subdivisions of land, the greater part of which is wet and unfit for cultivation. The last section of that act extends its provisions to the State of Illinois.

That the lands so granted to the State were granted to the counties in which they were situate, by the act of the legislature of the State, approved June 22, 1852.

That in the month of December, 1855, the complainant applied to the register at the land office at Danville, the proper office, to purchase these lands, and tendered payment for them, at $1.25 per acre, to the receiver.

That these lands were subject to private entry at the time when the complainant made application to purchase them at Danville. It is alleged in the bill, that these lands were not swamp or overflowed lands; that they were then fit for cultivation; and that in no case, was the greater part of any tract wet and unfit for cultivation. That no part of these lands passed

by the grant contained in the act of Sept. 28, 1850, to the State of Illinois. They still belonged to the public domain in December, 1855, when the complainant offered to purchase them, and tendered the purchase money to the proper agents of the United States.

The bill also shows that, before this time, the lands had been surveyed under the authority of the United States, and offered at public sale, and so were subject to private entry, at the time of the complainant's offer and attempt to purchase.

A demurrer was sustained to the bill, and the complainant brought the case here on a writ of error.

MANNING & MERRIMAN, for Plaintiff in Error.

W. H. L. WALLACE, for Defendant in Error.

BREESE, J. This is substantially a bill for the specific performance of a contract to sell land by the United States, of which we have no jurisdiction. Were the case made out against the United States, and their confederate, Livingston county, we are short of power to compel the United States to perform our decree.

There is no foundation for this bill. The act of Congress of March 3, 1857, confirmed to the several States the swamp and overflowed lands, selected under the act of September 28, 1850, and the 2nd of March, 1849, and they are, or will be, patented to the several States. 11 U. S. Statutes at Large, 251.

We cannot go behind that act, if we had jurisdiction, and inquire if the complainant had not an equitable right to purchase these lands. If he has been, at the instance of the United States, put to expense in ascertaining the true quality of these lands, doubtless that government, on a proper application, will reimburse him. The judgment of the Circuit Court is affirmed.

*Judgment affirmed.*